**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diners Club International Ltd., | No. CV 10-0400-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Arvin Poole,<br>Jane Doe Poole,<br>SHAARP Ventures, LLC,<br>Gwen Cash,<br>John Doe Cash,<br>GDC Enterprises,<br>GDCash, LLC, | |
| Defendants. | |

Plaintiff Diners Club International Ltd. filed its Motion for Attorneys' Fees and Related Non-Taxable Costs and Memorandum in Support on November 23, 2010. (Doc. 35.) Plaintiff seeks $7,633.56 in non-taxable costs and $43,984.76 in attorneys' fees against the Poole Defendants.

The Poole Defendants never filed a response to the Motion for Attorneys' Fees. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court deems the Poole Defendants' failure to respond as consent to granting the Motion for Attorneys' Fees.

Accordingly,

**IT IS ORDERED** Granting Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Costs (Doc. 35).

1  **IT IS FURTHER ORDERED** Awarding $7,633.56 in non-taxable costs and $43,984.76 in attorneys' fees to Plaintiff Diners Club International Ltd. against Defendants Arvin Poole and SHAARP Ventures, LLC, d/b/a SHAARP Hosting. The Clerk shall enter judgment against the Defendants Arvin Poole and SHAARP Ventures, LLC, d/b/a SHAARP Hosting accordingly.

DATED this 19th day of August, 2011.

_____
James A. Teilborg
United States District Judge